May 19, 2026

*Dalisha Waller*

VS

CITY OF
COLUMBIA

## STATEMENT OF CLAIMS

Plaintiff Dalisha Waller, appearing pro se, states the following:

### I. PARTIES

1. Plaintiff Dalisha Waller is a resident of Boone County, Missouri.
2. Defendant City of Columbia, Missouri is a municipal corporation organized under Missouri law.
3. *Defendant Barbara Buffaloe is the Mayor of the City of Columbia, Missouri, sued in her official and individual capacities.*
4. Defendant Jill Schlude is the chief of Columbia Police Department, sued in her official and individual capacities

### II. JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. § 1331 because this action arises under the United States Constitution and federal law, including 42 U.S.C. § 1983 and the Americans with Disabilities Act, 42 U.S.C. § 12131 et seq.
5. Venue is proper under 28 U.S.C. § 1391(b) because the Defendants reside in this District and the events occurred in this District.

### III. STATEMENT OF FACTS

6. Between approximately 2024 and 2025, Plaintiff filed a complaint with the Columbia Human Rights Commission regarding conduct involving the Columbia Housing Authority.
7. Plaintiff was informed the complaint could not be processed because it was allegedly "escalated" to the U.S. Department of Housing and Urban Development (HUD).
8. This statement was inaccurate. Plaintiff had not taken any action that removed the Commission's ability to review or process her complaint.
9. On information and belief, this statement was used as a pretext to deny Plaintiff access to the Commission's complaint process.

May 19, 2026 *Dalid Wall*

10. Plaintiff is currently engaged in ongoing federal civil rights litigation in this District, Case No. 2:25-cv-04214-SRB, and an appeal in the Eighth Circuit, Case No. 26-1519.
11. Beginning approximately September 2025 through April 2026, Plaintiff experienced repeated and unusual law enforcement presence near her residence
12. During the same period, Plaintiff experienced a disruption in receipt of official City communications, *including property tax statements and utility electronic billing notices (e-bills), which Plaintiff previously received in the ordinary course.*
13. Plaintiff did not request discontinuation of these communications and did not change her mailing or billing preferences.
14. These events occurred during the same period Plaintiff was engaged in protected legal activity, including ongoing federal litigation.
15. On information and belief, the timing and pattern of these events support an inference of retaliatory interference with Plaintiff's access to government services and legal processes.
16. As a result, Plaintiff has suffered fear, emotional distress, and interference with her ability to manage legal and financial obligations.

## IV. CLAIMS FOR RELIEF

## COUNT I – 42 U.S.C. § 1983 (First Amendment Retaliation)

17. Plaintiff incorporates paragraphs 1–16.
18. Defendants, acting under color of state law, engaged in conduct that would deter a reasonable person from exercising their constitutional right to petition the courts.
19. Such conduct included repeated law enforcement presence and interference with official communications.
20. *Plaintiff suffered damages as a direct result.*

## COUNT II – Americans with Disabilities Act (42 U.S.C. § 12131 et seq.)

21. Plaintiff is a qualified individual with a disability under 42 U.S.C. § 12102, specifically: _____
22. Defendants failed to provide Plaintiff meaningful access to the Columbia Human Rights Commission complaint process.
23. Plaintiff was denied equal access to administrative remedies.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Order injunctive relief including removal of responsible personnel from involvement in Plaintiff's matters, mandatory training, policy reform, and **appointment of an independent compliance monitor;**

B. Award compensatory and punitive damages in the amount of $13,000,000, or such other amount as proven at trial

C. Grant such other relief as the Court deems just and proper.

Thank you,

Dalisha Waller, Pro Se
holdfeet2fire@gmail.com

1646 Towne Dr 2F

Columbia, MO 65202

May 19, 2026